```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
VICTORIA DICKS,

                                      Plaintiff,

        -against-

BABY BANZ, INC.,

                                      Defendant.
----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

22-CV-7827 (VSB)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 18). A telephone conference will be held on **Thursday, March 2, 2023 at 4:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      **SO ORDERED.**

Dated: January 25, 2023
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge