```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                       :
VICTORIA DICKS,                                        :
                                                       :
                              Plaintiff,               :
                                                       :        22-CV-7827 (VSB)
             -against-                                 :
                                                       :              ORDER
BABY BANZ, INC.,                                       :
                                                       :
                              Defendant.               :
                                                       :
------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

In light of the parties' failure to submit a joint letter updating the Court on the status of the case by June 30, 2023 (Doc. 17), it is hereby:

ORDERED that the parties comply with the previous order (Doc. 17) and submit a joint status letter by July 6, 2023 at 8:00 AM (EST).  IT IS FURTHER ORDERED that the parties advise the Court on whether they seek to proceed with the Telephonic Conference set for July 6, 2023 at 11:00 AM (EST), else the conference will be adjourned.

SO ORDERED.

Dated: July 5, 2023
       New York, New York

                                          _____
                                          Vernon S. Broderick
                                          United States District Judge