

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

July 12, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/13/2023
```

**MEMO ENDORSED**

**VIA ECF**

Hon. Katharine H. Parker, U.M.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

    **Re:**  <u>Dicks v. Baby Banz, Inc.</u>
       *Case No. 22-cv-7827 (VSB) (KHP)*

Dear Magistrate Judge Parker:

  We represent defendant Baby Banz, Inc., in the above-captioned matter, and we write with the gracious consent of plaintiff to request for the first time an adjournment of the July 20, at 2:00 p.m., virtual settlement conference in this matter. The reason for our request is that our client's principal is located in Singapore, which is 12 hours ahead of New York time, so a 2:00 p.m. start time is not practical. We were in touch with Your Honor's chambers and understand that a rescheduled settlement conference likely would be in September. Accordingly, we respectfully request a 10:00 a.m. start time on September 5, 6, 11, 12, or 13.

  We thank the Court for its attention to this matter. We are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

              Respectfully submitted,

              *David Stein*
              David Stein

cc: Mars Khaimov, Esq. (via ECF)

**APPLICATION GRANTED:** The Settlement Conference in this matter utilizing Microsoft Teams scheduled for Thursday, July 20, 2023 at 2:00 p.m. is hereby rescheduled to <u>Thursday, October 5, 2023 at 10:00 a.m.</u> Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>September 28, 2023 by 5:00 p.m.</u>

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
07/13/2023