```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
VICTORIA DICKS,

                              Plaintiff,

    -against-

BABY BANZ, INC.,

                              Defendant.
----------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

22-CV-7827 (VSB)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the parties' representation that they have settled this matter, the Settlement Conference previously scheduled for **October 5, 2023** is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: October 5, 2023
        New York, New York

                                                   _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge