UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
VICTORIA DICKS, :
:
Plaintiff, :
: 22-CV-7827 (VSB)
-against- :
: **ORDER**
:
BABY BANZ, INC., :
:
Defendants. :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: October 6, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Vernon Broderick* (signature)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Vernon S. Broderick
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge